FILED

2019 JUN 12 PM 3:31

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

June 12, 2019

Plaintiff, Robert-Briant: Paterson

8:19mc69T30SPF

v.

Defendant. Shellpoint Mortgage et al
Bank of New York Mellon Servicing et al

MOTION TO CONFIRM ARBITRATION AWARD

UNDER THE9 UNITED STATES CODE
§ 9 and § 13

respectfully submitted

Robert-Briant: Paterson

MAILING ADDRESS  13913 Cherry Creek Dr
Tampa FL 33618
Panamabob1@protonmail.com

tfor-506918
$47.00