# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ROBERT BRIANT PATTERSON,

    Plaintiff,

v.                                                 Case No: 8:19-mc-69-T-30SPF

BANK OF NEW YORK MELLON and
SHELLPOINT MORTGAGE
SERVICING,

    Defendants.

_____

## ORDER

After Plaintiff filed his Motion to Confirm Arbitration Award (Dkt. 1), he filed a Motion to Withdraw the Motion (Dkt. 5). The Court directed Plaintiff to file a notice with the Court confirming he wanted to withdraw his motion, which would result in dismissal of his case without prejudice. Plaintiff did not file a notice, and the Court-imposed deadline to do so has passed. Accordingly, the Court will grant Plaintiff's Motion to Withdraw his own Motion and close the case. If Plaintiff still wants confirmation of his arbitration award, he may do so by filing a new motion and opening a new case.

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1.    Plaintiff's Motion to Withdraw his Motion (Dkt. 5) is GRANTED.

2.    Plaintiff's Motion to Confirm Arbitration Award (Dkt. 1) is denied without prejudice since Plaintiff withdrew his motion.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of July, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record